# BILL OF COSTS

## TEXAS COURT OF APPEALS, SEVENTH DISTRICT, AT AMARILLO

No. 07-15-00172-CV

**Curtis Shabazz**

v.

**Barry L. Martin**

(No. 103193-A IN 47TH DISTRICT COURT OF POTTER COUNTY)

| Type of Fee | Charges | Paid | By |
|---|---|---|---|
| Filing | $100.00 | DISM - NOT PAID | Curits Shabazz |
| Supreme Court chapter 51 fee | $50.00 | PAID | Curits Shabazz |
| Statewide efiling fee | $20.00 | DISM - NOT PAID | Curits Shabazz |
| Indigent | $25.00 | PAID | Curits Shabazz |
| | | DISM - NOT PAID | |
| | | DISM - NOT PAID | |

| |
|---|
| **Balance of costs owing to the Seventh Court of Appeals, Amarillo, Texas: $195.00** |
| |
| *Court costs in this cause shall be paid as per the Judgment issued by this Court.* |

I, **VIVIAN LONG, CLERK** OF THE SEVENTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE SEVENTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.



**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Seventh District of Texas on August 11, 2015.

*Vivian Long*

**VIVIAN LONG, CLERK**